# Exhibit A

FILED
09-17-2021
ONEIDA COUNTY
CLERK OF CIRCUIT
COURT
2021CV000145
Honorable Patrick F
O'Melia
Branch 1

**STATE OF WISCONSIN**      **CIRCUIT COURT**      **ONEIDA**

Heidi L Miller et al vs. Walmart, Inc.

**Electronic Filing
Notice**

Case No. 2021CV000145
Class Code: Other-Personal Injury

UNITEDHEALTHCARE OF WISCONSIN, INC.
10701 W. RESEARCH DRIVE
WAUWATOSA WI 53226

Case number 2021CV000145 was electronically filed with/converted by the Oneida County
Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange
of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through
the court electronic filing website. A document filed electronically has the same legal effect as
a document filed by traditional means. Electronic parties are responsible for serving
non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at
**http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a
$20.00 fee to register as an electronic party. This fee may be waived if you file a Petition for
Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are
indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you
will need to enter the following code on the eFiling website while opting in as an electronic
party.

**Pro Se opt-in code: af55cf**

Unless you register as an electronic party, you will be served with traditional paper documents
by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are
authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm,
agency, corporation, or other group. Non-attorney individuals representing the interests of a
business, such as garnishees, must file by traditional means or through an attorney or filing
agent. More information about who may participate in electronic filing is found on the court
website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at
715-369-6120.

Oneida County Circuit Court
Date: September 17, 2021

FILED
09-17-2021
ONEIDA COUNTY
CLERK OF CIRCUIT
COURT
2021CV000145
Honorable Patrick F
O'Melia
Branch 1

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **ONEIDA**

Heidi L Miller et al vs. Walmart, Inc.                    **Electronic Filing
                                                           Notice**

Case No. 2021CV000145
Class Code: Other-Personal Injury

WALMART, INC.
702 SW 8TH STREET
BENTONVILLE AR 72716

Case number 2021CV000145 was electronically filed with/converted by the Oneida County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a $20.00 fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: af55cf**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 715-369-6120.

Oneida County Circuit Court
Date: September 17, 2021

FILED
09-17-2021
ONEIDA COUNTY
CLERK OF CIRCUIT
COURT
2021CV000145
Honorable Patrick F
O'Melia
Branch 1

**STATE OF WISCONSIN   -   CIRCUIT COURT   -   ONEIDA COUNTY**

HEIDI L. MILLER                                         Case No. 21 CV NEW
3045 CRESCENT ROAD                          Code No. 30107
RHINELANDER WI 54501                      Personal Injury

-and-

CHRIS C. MILLER
3045 CRESCENT ROAD
RHINELANDER, WI 54501

                                        Plaintiffs,

-and-

UNITEDHEALTHCARE OF WISCONSIN, INC
10701 W. RESEARCH DRIVE
WAUWATOSA, WI 53226

                                        Involuntary Plaintiff,

-vs-

WALMART, INC.
702 SW 8TH STREET
BENTONVILLE, AK 72716

                                        Defendants.

---

## SUMMONS

---

**THE STATE OF WISCONSIN TO SAID DEFENDANT(S):**

**YOU ARE HEREBY NOTIFIED** that the Plaintiffs named above have filed a lawsuit or other legal action against you.  The complaint, which is attached, states the nature and basis of the legal action.

Within twenty (20) days of receiving this summons, or within forty five (45) days if the defendant is the State of Wisconsin or an insurance company, or within sixty (60) days if the defendant is the United States of America, you must respond with a written answer, as that term is used in Chapter 802 of the Wisconsin Statutes, to the complaint.  The Court may reject or disregard an answer that does not follow the statutes.  The answer must be sent or delivered to the court, whose address is:

*Prepared by:*
Atty. Gary S. Cirilli, State Bar #1000633
Cirilli Law Offices, S.C.
116 E. Davenport Street, Rhinelander WI 54501
(715) 369-3443
(715) 369-9137 - facsimile

Clerk of Court
ONEIDA COUNTY COURTHOUSE
P.O. Box 400
Rhinelander, WI 54501

and to the plaintiff's attorney, whose address is:

Gary S. Cirilli
CIRILLI LAW OFFICES, S.C.
116 E. Davenport Street
Rhinelander, WI  54501

You may have an attorney help or represent you.

If you do not provide a proper answer within twenty (20) days, or within forty five (45) days if the defendant is the State of Wisconsin or an insurance company, or within sixty (60) days if the defendant is the United States of America, the court may grant judgment against you for the award of money or other legal action requested in the complaint, and you may lose your right to object to anything that is or may be incorrect in the complaint.  A judgment may be enforced as provided by law.  A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Dated this 17th day of September, 2021.

**CIRILLI LAW OFFICES, S.C.**
Attorneys for Plaintiffs

Electronically signed by:      GARY S. CIRILLI
WI State Bar #1000633

*Prepared by:*
Atty. Gary S. Cirilli, State Bar #1000633
Cirilli Law Offices, S.C.
116 E. Davenport Street, Rhinelander WI 54501
(715) 369-3443
(715) 369-9137 - facsimile

FILED
09-17-2021
ONEIDA COUNTY
CLERK OF CIRCUIT
COURT
2021CV000145
Honorable Patrick F
O'Melia
Branch 1

## STATE OF WISCONSIN   -   CIRCUIT COURT   -   ONEIDA COUNTY

| | |
|---|---|
| HEIDI L. MILLER<br>3045 CRESCENT ROAD<br>RHINELANDER WI 54501 | Case No. 21 CV NEW<br>Code No. 30107<br>Personal Injury |

-and-

CHRIS C. MILLER
3045 CRESCENT ROAD
RHINELANDER, WI 54501

                    Plaintiffs,

-and-

UNITEDHEALTHCARE OF WISCONSIN, INC
10701 W. RESEARCH DRIVE
WAUWATOSA, WI 53226

                    Involuntary Plaintiff,

-vs-

WALMART, INC.
702 SW 8TH STREET
BENTONVILLE, AK 72716

                    Defendants.

---

## COMPLAINT

---

NOW COMES the above named plaintiffs, Heidi L. Miller and Chris C. Miller, husband and wife, by their attorney, Gary S. Cirilli of Cirilli Law Offices, S.C., as and for their causes of action against the above named defendants, alleges and shows to the Court as follows:

1.    That the plaintiff, Heidi L. Miller, is an adult and currently resides at 3045 Crescent Road, Rhinelander, WI 54501.

2.    That the plaintiff, Chris C. Miller, is an adult and upon information and belief, resides at 3045 Crescent Road, Rhinelander, WI 54501.

*Prepared by:*
Atty. Gary S. Cirilli, State Bar #1000633
Cirilli Law Offices, S.C.
116 E. Davenport Street, Rhinelander WI 54501
(715) 369-3443
(715) 369-9137 - facsimile

3.      That the involuntary plaintiff, UnitedHealthcare of Wisconsin, Inc., is a duly organized stock company doing business consistent with the laws of the State of Wisconsin with its principle place of business being located at 10701 W. Research Drive, Wauwatosa, WI 53226. UnitedHealthcare of Wisconsin, Inc. is a named party to this action in that they have paid certain medical bills or expenses on behalf of their insured, Heidi L. Miller, and as such, are entitled to a right of subrogation thereto.

4.      That the defendant, Walmart, Inc., upon information and belief is a duly organized corporation licensed to do business in the State of Wisconsin with its principle place of business being located at 702 SW 8th Street, Bentonville, AK 72716.

## FIRST CAUSE OF ACTION OF PLAINTIFF, HEIDI L. MILLER, AGAINST ALL NAMED DEFENDANTS

5.      That the plaintiff realleges and incorporates herein by reference as if more fully set forth in full, the foregoing paragraphs of this Complaint.

6.      That on or about December 20, 2018, the plaintiff, Heidi L. Miller, was a patron at the Walmart retail store located on Lincoln Street in the City of Rhinelander, WI.

7.      That as your plaintiff, Heidi L. Miller entered the Walmart Store at approximately 11:00 a.m. on September 20, 2018, she slipped and fell on an accumulation of water that was in existence in the vestibule immediately adjacent to the shopping carts located inside the store area.

8.      That as your plaintiff, Heidi L. Miller, slipped on the accumulation of water located in the vestibule at the Rhinelander Walmart Store, the plaintiff fell to the ground injuring the right side of her body and more particularly her right hand, elbow, knee and clavicle.

9.      That the defendant, Walmart, Inc., had a duty to inspect its premise for the existence of any dangerous conditions and further had a duty to warn or make safe of any dangerous condition that it knew or should have known about through the exercise of reasonable diligence and care of that condition's existence.

10.     That the defendant, Walmart, Inc., breeched the duty owed to the plaintiff, Heidi L. Miller, as a business invitee to maintain the premises in a reasonably safe manner so that its invitees, up to and including the plaintiff, Heide L. Miller, would not be injured while on the premise.

11.     That as a direct and proximate result of the breech of the duty owed by the defendant to the plaintiff named herein, the plaintiff, Heidi L. Miller, has suffered serious personal injuries including physical damage to her right hand, elbow, knee and clavicle which have resulted in past medical expenses, past pain and suffering and upon information and belief, said conditions are believed to be permanent in nature, which will cause future pain and suffering, future

*Prepared by:*
Atty. Gary S. Cirilli, State Bar #1000633
Cirilli Law Offices, S.C.
116 E. Davenport Street, Rhinelander WI 54501
(715) 369-3443
(715) 369-9137 - facsimile

medical expense, future loss of earning capacity and the loss of the ability to lead a normal, healthy and productive lifestyle.

12.     That the involuntary plaintiff, UnitedHealthcare of Wisconsin, Inc., paid or caused to be paid certain expenses on behalf of the plaintiff, Heidi L. Miller, and as such, said involuntary plaintiff has a right of subrogation under the laws of the State of Wisconsin and is a proper party to this action.

## FIRST CAUSE OF ACTION OF PLAINTIFF, CHRIS C. MILLER, AGAINST ALL NAMED DEFENDANTS

13.     That the plaintiff realleges and incorporates herein by reference as if more fully set forth in full, the foregoing paragraphs of this Complaint.

14.     That your plaintiff, Chris C. Miller, is an adult and has been the husband of the co-plaintiff, Heidi L. Miller, at all times material hereto.

15.     That prior to the slip and fall, which occurred on September 20, 2018, the plaintiffs enjoyed a normal husband and wife relationship in all aspects and regards.

16.     That since the slip and fall of September 20, 2018, your plaintiff, Chris C. Miller, has been denied the companionship and consortium of his wife, Heidi L, Miller, due to the injuries she has sustained as a result of the negligence of the defendant, Walmart, Inc.,

17.     That your plaintiff, Chris C. Miller, has had to provide daily care for the physical wellbeing of the plaintiff, Heidi L. Miller, and has been denied the companionship of his wife, up to and including, normal recreational activities, socializing, household duties and consortium.

18.     That as a result of the negligence of the defendant, Walmart, Inc., your plaintiff, Chris C. Miller, has had a drastic change in his lifestyle as it relates to his relationship with his wife and co-plaintiff, Heidi L. Miller, and upon information and belief, said disruption will continue into the foreseeable future.

**WHEREFORE**, the plaintiffs, Heidi L. Miller and Chris C. Miller, demands the following relief:

a)      For money damages to be determined by a jury of twelve (12) as to each plaintiff named herein;

b)      For the determination of the subrogated claim of the involuntary plaintiff named herein;

c)      For the costs and disbursements of this action;

d)      For such other relief as the Court deems equitable and just.

*Prepared by:*
Atty. Gary S. Cirilli, State Bar #1000633
Cirilli Law Offices, S.C.
116 E. Davenport Street, Rhinelander WI 54501
(715) 369-3443
(715) 369-9137 - facsimile

Dated this 17th day of September, 2021.

**CIRILLI LAW OFFICES, S.C**.
Attorneys for Plaintiffs

Electronically signed by:    Gary S. Cirilli
WI State Bar No. 1000633

*Prepared by:*
Atty. Gary S. Cirilli, State Bar #1000633
Cirilli Law Offices, S.C.
116 E. Davenport Street, Rhinelander WI 54501
(715) 369-3443
(715) 369-9137 - facsimile

**FILED**
**09-17-2021**
**ONEIDA COUNTY**
**CLERK OF CIRCUIT COURT**
**2021CV000145**
**Honorable Patrick F O'Melia**
**Branch 1**

## STATE OF WISCONSIN  -  CIRCUIT COURT  -  ONEIDA COUNTY

HEIDI L. MILLER
3045 CRESCENT ROAD
RHINELANDER WI 54501

Case No. 21 CV NEW
Code No. 30107
Personal Injury

-and-

CHRIS C. MILLER
3045 CRESCENT ROAD
RHINELANDER, WI 54501

       Plaintiffs,

-and-

UNITEDHEALTHCARE OF WISCONSIN, INC
10701 W. RESEARCH DRIVE
WAUWATOSA, WI 53226

       Involuntary Plaintiff,

-vs-

WALMART, INC.
702 SW 8TH STREET
BENTONVILLE, AK 72716

       Defendants.

---

## DEMAND FOR JURY TRIAL

---

The plaintiffs, Heidi L, Miller and Chris C. Miller, by their attorney, Gary S. Cirilli of Cirilli Law Offices, S.C., hereby requests that the above matter be heard before a twelve (12) person jury.

Dated this 17th day of September, 2021.

         **CIRILLI LAW OFFICES, S.C.**
         Attorneys for Plaintiffs

Electronically signed by:    Gary S. Cirilli
            WI State Bar No. 1000633
            gary@cirillilaw.com

*Prepared by:*
Atty. Gary S. Cirilli, State Bar #1000633
Cirilli Law Offices, S.C.
116 E. Davenport Street, Rhinelander WI 54501
(715) 369-3443
(715) 369-9137 – facsimile

FILED
09-27-2021
ONEIDA COUNTY
CLERK OF CIRCUIT
COURT
2021CV000145

STATE OF WISCONSIN        CIRCUIT COURT        ONEIDA COUNTY

HEIDI L. MILLER, ET AL.

v.                                           Case No. 21CV145

WALMART, INC., ET AL..

## AFFIDAVIT OF SERVICE

STATE OF WISCONSIN          )
                                    ) ss.
COUNTY OF DANE              )

Melissa L. Gollmer, an adult resident of the State of Wisconsin, not a party to this action, being duly sworn under oath deposes and says that on September 20, 2021, at 12:15 PM, in the City of Madison, Dane County, Wisconsin, at *301 South Bedford Street, Suite 1,* **UnitedHealthcare of Wisconsin Inc.** was served with an authenticated copy of the Electronic Filing Notice, Summons, Complaint, and Demand for Jury Trial  in the above-referenced matter by then and there leaving copies thereof with Steve Karis, Customer Service, a person authorized to accept service on behalf CT Corporation System, Registered Agent of said Corporation. Such copies were endorsed with my name, the date and time of service.

*Melissa L Gollmer*

Melissa L. Gollmer, Process Server
Dane County Legal Notice, LLC
6041 Monona Drive, Suite 105
Madison, Wisconsin 53716
(608)251-1181

Subscribed and sworn to before me
The _23_ day of September, 2021.

*Joanne Van Sherman*

Notary Public, Dane County, WI
My Commission expires _8/7/24_

**FILED**
**09-27-2021**
**ONEIDA COUNTY**
**CLERK OF CIRCUIT**
**COURT**
**2021CV000145**

STATE OF WISCONSIN                    CIRCUIT COURT                    ONEIDA COUNTY

HEIDI L. MILLER, ET AL.

v.                                                                              Case No. 21CV145

WALMART, INC., ET AL..

## AFFIDAVIT OF SERVICE

STATE OF WISCONSIN        )
                          ) ss.
COUNTY OF DANE            )

Melissa L. Gollmer, an adult resident of the State of Wisconsin, not a party to this action, being duly sworn under oath deposes and says that on September 20, 2021, at 12:15 PM, in the City of Madison, Dane County, Wisconsin, at *301 South Bedford Street, Suite 1,* **Walmart, Inc.** was served with an authenticated copy of the Electronic Filing Notice, Summons, Complaint, and Demand for Jury Trial in the above-referenced matter by then and there leaving copies thereof with Steve Karis, Customer Service, a person authorized to accept service on behalf CT Corporation System, Registered Agent of said Corporation. Such copies were endorsed with my name, the date and time of service.

*Melissa L Gollmer*

Melissa L. Gollmer, Process Server
Dane County Legal Notice, LLC
6041 Monona Drive, Suite 105
Madison, Wisconsin 53716
(608)251-1181

Subscribed and sworn to before me
The ___22___ day of September, 2021.

*Joanne Van Norman*

Notary Public, Dane County, WI
My Commission expires ___8/7/24___

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **ONEIDA COUNTY**

---

Heidi L Miller et al vs. Walmart, Inc.                    **Electronic Notice**
**Status Change**

Case No: 2021CV000145

---

WALMART, INC.
702 SW 8TH STREET
BENTONVILLE AR 72716

For 2021CV000145, the electronic notice preference for Matthew Shawn Mayer, Wisconsin attorney for UnitedHealthcare of Wisconsin, Inc., has changed.

Matthew Shawn Mayer has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 715-369-6120.

Oneida County Circuit Court
Date: October 6, 2021

This form shall not be modified. It may be supplemented with additional material.

FILED
10-06-2021
ONEIDA COUNTY
CLERK OF CIRCUIT
COURT
2021CV000145

STATE OF WISCONSIN          CIRCUIT COURT          ONEIDA COUNTY
                              BRANCH 1

---

**HEIDI L. MILLER** and
**CHRIS C. MILLER**,

        Plaintiffs,

and

**UNITEDHEALTHCARE OF WISCONSIN,
INC.**,

        Involuntary Plaintiff,

                                       Case No. 21-CV-145
v.                                      Case Code No. 30107

**WALMART, INC.**,

        Defendant.

---

### NOTICE OF APPEARANCE

---

        PLEASE TAKE NOTICE that the law firm of Weld Riley, S.C. by Matthew S. Mayer

has been retained by and appears for Involuntary Plaintiff, UnitedHealthcare of Wisconsin, Inc.,

in the above-entitled action, and request is hereby made that copies of all papers subsequent to

the Summons and Complaint in said action be served upon it at the office address set forth

below.

        DATED this 6th day of October 2021.

                        **WELD RILEY, S.C.**
                        Attorneys for Involuntary Plaintiff,
                        UnitedHealthcare of Wisconsin, Inc.

<u>ADDRESS</u>:
500 Third Street, Suite 800
P.O. Box 479
Wausau, WI 54402-0479           BY:  <u>Electronically Signed by Matthew S. Mayer</u>
715.845.8234 – telephone              MATTHEW S. MAYER
715.848.1085 – facsimile              State Bar No. 1001237
mmayer@weldriley.com

**FILED**
**10-18-2021**
**ONEIDA COUNTY**
**CLERK OF CIRCUIT**
**COURT**
**2021CV000145**

STATE OF WISCONSIN    CIRCUIT COURT    ONEIDA COUNTY

---

HEIDI L. MILLER, et al.,

                Plaintiffs,

and

UNITEDHEALTHCARE OF WISCONSIN, INC.      Case No. 21-CV-0145

           Involuntary Plaintiff,      Code No. 30107

                                Hon. Patrick F. O'Melia

    v.

WALMART, INC.

                Defendant.

---

## NOTICE OF APPEARANCE

---

      PLEASE TAKE NOTICE that Stephen T. Trigg of Gass Turek LLC appears as counsel for Defendant Walmart, Inc. in this action.  A copy of all papers in this action should be served upon the undersigned at the address stated below.

      Dated this 18th day of October, 2021.

                        **GASS TUREK LLC**
                        Attorneys for Defendant
                        Walmart, Inc.

                        *Electronically signed by Stephen T. Trigg*
                        Stephen T. Trigg, SBN 1075718
                        trigg@gassturek.com

241 North Broadway, Suite 300
Milwaukee, WI  53202
Phone:  414-223-3300
Fax:  414-224-6116

FILED
10-18-2021
ONEIDA COUNTY
CLERK OF CIRCUIT
COURT
2021CV000145

STATE OF WISCONSIN      CIRCUIT COURT      ONEIDA COUNTY

HEIDI L. MILLER, et al.,

               Plaintiffs,

and

UNITEDHEALTHCARE OF WISCONSIN, INC.     Case No. 21-CV-0145

           Involuntary Plaintiff,     Code No. 30107

                                   Hon. Patrick F. O'Melia

   v.

WALMART, INC.

              Defendant.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Tamar B. Kelber of Gass Turek LLC appears as counsel for Defendant Walmart, Inc. in this action.  A copy of all papers in this action should be served upon the undersigned at the address stated below.

Dated this 18th day of October, 2021.

                    **GASS TUREK LLC**
                    Attorneys for Defendant
                    Walmart, Inc.

                    *Electronically signed by Tamar B. Kelber*
                    Tamar B. Kelber, SBN 1101802
                    kelber@gassturek.com

241 North Broadway, Suite 300
Milwaukee, WI  53202
Phone:  414-223-3300
Fax:  414-224-6116